UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KENNETH RAY JONES AND STEPHANIE LENARD JONES** | **CIVIL PROCEEDING** |
| **VS. NO. 14-3282** | **JUDGE** _____ |
| **CENTRAL PORTFOLIO CONTROL, INC.** | **MAG. JUDGE** _____ |

## COMPLAINT

Kenneth Ray Jones and Stephanie Lenard Jones complain of the defendant and respectfully show:

**Jurisdiction and Venue:**

This court has jurisdiction in accordance with 28 U.S.C. §§1331, 1334 and 11 U.S.C. §362 and 15 U.S.C. §1692.  Venue is proper in accordance with 28 U.S.C. §1391(b).

**Facts:**

1.  Plaintiffs are debtors in a Chapter 13 bankruptcy case bearing docket number 11-30494.  Among the debts listed in the bankruptcy proceeding is one to Glenwood Regional Medical Center, an unsecured claim.

2.  After plaintiffs filed their Chapter 13 petition, Mrs. Jones was hospitalized at Glenwood Regional Medical Center, the expense of which is a post-bankruptcy matter.

3.  After being misled by defendant, and after making payments based on their misunderstanding, plaintiffs discovered that defendant was pursuing collection of the pre-bankruptcy debt in violation of the automatic stay of bankruptcy.

4. Mrs. Jones made a point of telling the collection agent that she and her husband were debtors in a bankruptcy proceeding.

5. Communications from defendant were persistent and threatening. Plaintiffs were fearful that their fresh start from bankruptcy would be impaired if they failed to pay the post-petition debt they believed defendant was attempting to collect.

6. Defendant's violation of the automatic stay of bankruptcy was willful within the meaning of 11 U.S.C. §362(k) entitling plaintiffs to recover actual and punitive damages.

7. Defendant made a false representation of the character, amount, and legal status of the debt in violation of 15 U.S.C. §1692e.

8. When Mrs. Jones advised defendant that she was involved in a Chapter 13 bankruptcy case, defendant had to know that communication was impermissible and in violation of 15 U.S.C. §1692c.

9. Plaintiffs are entitled to recover damages and attorneys' fees under Section 362 of the Bankruptcy Code and 15 U.S.C. §1692k.

**WHEREFORE, PLAINTIFFS PRAY** that there be judgment herein in their favor and against the defendant for such damages as to which they prove themselves justly entitled, punitive damages, reasonable attorney's fees and all costs of this proceeding.

Respectfully submitted,

\s\ *James A. Rountree*
James A. Rountree, 11491
Michael G. Renneisen, 34050
Rountree Law Offices
400 Hudson Lane
Monroe, Louisiana  71201
Telephone: (318) 398-2737
Facsimile:  (318) 398-2738